STEPHANIE YONEKURA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ARMAND D. ROTH, CSBN 214624
Special Assistant United States Attorney
California Bar No. 160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8924
Fax: (415) 744-0134
E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DELIA C. BLANCO,<br><br>   Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. 14-cv-08690-AS<br><br>**{PROPOSED} JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the

Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATE: June 19, 2015

                                / s /
                          THE HONORABLE ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE